UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-62389-CIV-COHN-SELTZER

ACCESS FOR THE DISABLED, INC.,
and PATRICIA KENNEDY,

     Plaintiffs,

vs.

SHIRIT DEVELOPMENT, INC.

     Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiffs, ACCESS FOR THE DISABLED, INC. and PATRICIA KENNEDY (collectively "Plaintiffs"), by and through the undersigned counsel, hereby notify this Court that they have reached settlement of all issues pertaining to their case against Defendant, SHIRIT DEVELOPMENT, INC. ("Defendant").

The parties' counsel are presently preparing a formal settlement agreement for signature by all parties and intend to file a stipulation for dismissal with prejudice when the agreement is signed by all required to do so, which they anticipate will be no more than twenty (20) days from the date hereof.

Respectfully submitted this 12th day of December 2011.

1

SCHAPIRO LAW GROUP, P.L

7050 W. Palmetto Park Road, Suite 15-271 ● Boca Raton, Florida 33433 ● Tel (561) 807-7388 ● Fax (561) 807-7198

/s/ Douglas S. Schapiro

Douglas S. Schapiro
Fla. Bar #54538
Schapiro Law Group, P.L
Attorneys for Plaintiff
7050 W. Palmetto Park Road
Suite 15-271
Boca Raton, FL 33433
Tele: (561) 807-7388
Fax: (561) 807-7198
Email: Schapiro@schapirolawgroup.com


**<u>CERTIFICATE OF SERVICE</u>**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on December 12, 2011 and emailed to counsel for Defendant, Robert Slatoff, Esq. of Frank, Weinberg & Black, P.L. at rslatoff@fwblaw.net.

/s/ Douglas S. Schapiro

Douglas S. Schapiro
Fla. Bar #54538
Schapiro Law Group, P.L
Attorneys for Plaintiff
7050 W. Palmetto Park Road
Suite 15-271
Boca Raton, FL 33433
Tele: (561) 807-7388
Fax: (561) 807-7198
Email: Schapiro@schapirolawgroup.com