UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF COURT

CASE NO. 11-62389-CIV-COHN/SELTZER

ACCESS FOR THE DISABLED, INC. and
PATRICIA KENNEDY,

    Plaintiffs,

vs.

SHIRIT DEVELOPMENT, INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation For Dismissal With Prejudice ("Stipulation") [DE 14].  The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This matter is **DISMISSED WITH PREJUDICE**;

2. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement; and

3. The Clerk shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 9th day of January, 2012.

*(signed)* JAMES I. COHN
United States District Judge

Copies to counsel of record via CM/ECF.